# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: FERDINAND PAGAN OQUENDO
CARMEN L DELGADO MONTES

Bkrtcy. No. 07-05656-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Petition Filing Date: | Sep 28, 2007 | Meeting Date | Oct 31, 2007 | DC Track No. | 20 |
| Days from petition date | 33 | Meeting Time | 2:00 PM | | |
| 910 Days before Petition | 4/1/2005 | ☐ Chapter 13 Plan Date | Sep 28, 2007 | ☐ Amended. | |
| This is debtor(s) 1 Bankruptcy petition. | | Plan Base: | $6,600.00 | | |
| This is the 1 Scheduled Meeting | | Confirmation Hearing Date: | Dec 07, 2007 | Time: | 2:00 PM |

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

| Ck/MO No. | Date | Amount | Total Paid In: | $110.00 |
|---|---|---|---|---|

### I. Appearances:
- ☑ Debtor Present ☑ ID & Soc. OK ☐ Debtor Absent
- ☑ Joint Debtor Present ☑ ID & Soc. OK ☐ Joint Debtor Absent
- Debtor(s) was/were ☑ Examined ☐ Not Examined under oath.
- Attorney for Debtor(s) ☑ Present ☐ Not Present
- ☐ Substitute attorney: ☐ Pro-se.
- ☐ Telephone ☐ Video Conference

☑ Creditor(s) present: ☐ None.
Treasury

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: **LUBE & SOTO LAW OFFICES PSC**
Total Agreed: $3,000.00   Paid Pre-Petition: $500.00   Outstanding: $2,500.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:
☐ For Failure to appear;   ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
- Debtor(s) Income is (are) ☐ Under ☑ Above Median Income.
- Liquidation Value: 0
- Commitment Period is ☐ 36 ☑ 60 months. [§1325(b)(1)(B)]
- Gen. Unsecured Pool: 0
- The Trustee ☑ RECOMMENDS ☐ OBJECTS Plan confirmation.
- §341 Meeting ☐ CONTINUED ☐ NOT HELD ☑ CLOSED
- §341 Meeting Rescheduled for: _____

### V. Trustee's OBJECTIONS to Confirmation:
- ☐ FEASIBILITY [§1325(a)(6)]   ☐ INSUFFICIENTLY FUNDED   ☐ To pay §507   ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS   ☐ Failure to comply with Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements   ☐ Plan not filed in Good Faith §1325(a)(3)   ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

_____

Trustee / Presiding Officer   Page 1 of 1   Date: Oct 31, 2007